# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUIPMENT CORPORATION OF AMERICA, | Civil Action No. 2:23-cv-01943-NR |
| Plaintiff, | |
| v. | |
| MONCON, INC. and ASPEN AMERICAN INSURANCE COMPANY, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, ASPEN AMERICAN INSURANCE COMPANY, ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Equipment Corporation of America, by and through its undersigned counsel, hereby dismisses without prejudice its claims filed in the above-captioned action only as to Defendant, Aspen American Insurance Company.

Respectfully submitted,

CLARK HILL PLC

Dated:  November 14, 2023

*/s/ Danny P. Cerrone Jr.*
Danny P. Cerrone Jr.
Pa. I.D. No. 201091
One Oxford Centre, 14th Floor
Pittsburgh, PA  15219-1425
(412) 394-7711 (Telephone)
(412) 394-2555 (Facsimile)
dcerrone@clarkhill.com

*Attorneys for Plaintiff,*
*Equipment Corporation of America*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE** was served this 14th day of November, 2023 upon the following as indicated:

<u>VIA EMAIL</u>
R. Brandon McCullough, Esquire
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222

<u>VIA FIRST CLASS MAIL</u>
Moncon, Inc.
1460 Sheridan Boulevard
Bronx, NY 10459

/s/ Danny P. Cerrone Jr.
Danny P. Cerrone Jr.
Pa. I.D. No. 201091
One Oxford Centre, 14th Floor
Pittsburgh, PA  15219-1425
(412) 394-7711 (Telephone)
(412) 394-2555 (Facsimile)
dcerrone@clarkhill.com

*Attorneys for Plaintiff,*
*Equipment Corporation of America*