IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUIPMENT CORPORATION OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>MONCON, INC. and ASPEN AMERICAN INSURANCE COMPANY,<br>        Defendants. | Civil Action No. 2:23-cv-01943-NR |

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, personally appeared Samuel A. Hornak, Esquire, who according to law deposes and says that, as further detailed by the Proof of Service attached hereto as "Exhibit 1," a copy of the Summons in a Civil Action (Dkt. No. 9), as well as the documents filed at docket number 1 in the above-captioned action (which includes the pending Complaint in Civil Action), the Plaintiff served original process upon the Defendant, Moncon, Inc. on March 13, 2024, by personal service, pursuant to Fed. R. Civ. P. 4(h)(1)(a) & (b), Fed. R. Civ. P. 4(e)(1) and 4(e)(2)(C), and Pa. R. Civ. P. 404(1). By way of further detail, this service was made by (and the accompanying Proof of service was procured and provided to Plaintiff by) Undisputed Legal Inc.

This service of process upon Moncon, Inc. is supplemental to, and without prejudice to the validity of, the prior service made upon Moncon, Inc., as documented in Dkt. No. 10. Further affiant sayeth naught.

By: _____
Samuel A. Hornak, Esquire

Subscribed and sworn to me
this 5th day of April, 2024

_____

Commonwealth of Pennsylvania - Notary Seal
Antoinette Lamonde, Notary Public
Allegheny County
My commission expires January 25, 2025
Commission number 1091609
Member, Pennsylvania Association of Notaries

276816573.v1

Respectfully submitted,

CLARK HILL PLC

Dated: April 5, 2024

/s/ *Samuel A. Hornak*
Danny P. Cerrone Jr.
Pa. I.D. No. 201091
Samuel A. Hornak, Esquire
One Oxford Centre, 14th Floor
Pittsburgh, PA  15219-1425
(412) 394-7711 (Telephone)
(412) 394-2555 (Facsimile)
dcerrone@clarkhill.com
shornak@clarkhill.com
*Attorneys for Plaintiff,*
*Equipment Corporation of America*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Affidavit of Service** was served this 5th day of April, 2024 upon the following as indicated:

<u>VIA FIRST CLASS MAIL</u>
Moncon, Inc.
1460 Sheridan Boulevard
Bronx, NY 10459

Moncon, Inc.
13 Fullerton Avenue
Yonkers, NY 10704

                          */s/ Samuel A. Hornak*
                          Danny P. Cerrone Jr.
                          Pa. I.D. No. 201091
                          Samuel A. Hornak
                          Pa. I.D. No. 312360
                          One Oxford Centre, 14th Floor
                          Pittsburgh, PA  15219-1425
                          (412) 394-7711 (Telephone)
                          (412) 394-2555 (Facsimile)
                          dcerrone@clarkhill.com
                          shornak@clarkhill.com

                          *Attorneys for Plaintiff,*
                          *Equipment Corporation of America*

276816573.v1