Civil Action No. 2:23-cv-1943-NR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Moncon, Inc.</u> was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>Walter Chavis</u>, a person of suitable age and discretion who resides there, on *(date)* <u>Wed, Mar 13 2024</u>, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 03/25/2024

*Server's signature*

LaShonda Ricardo-2108506-DCA

*Printed name and title*

590 Madison Ave 21st fl, New York, NY 10022

*Server's address*

Additional information regarding attempted service, etc.:
Served: Summons; Notice of Removal; Civil Cover Sheet; Exhibits
Successful Attempt: Mar 13, 2024, 2:56 pm EDT at Company: 1460 Sheridan Expressway, Bronx, New York 10459 received by Walter Chavis . Age: 35-45; Ethnicity: Hispanic; Gender: Male; Weight: 145-180; Height: 5'3"; Hair: Black;
Walter Chavis - manager on duty

EXHIBIT 1