IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUIPMENT CORPORATION OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>MONCON, INC. and<br>ASPEN AMERICAN INSURANCE COMPANY,<br>        Defendants. | Civil Action No. 2:23-cv-01943-NR |

### [PROPOSED] ORDER OF COURT

**AND NOW**, this ____ day of _____, 2024, based upon consideration of the Request for Entry of Default, the Court hereby **GRANTS** the Request for Entry of Default and enters default against Defendant, Moncon, Inc., pursuant to Federal Rule of Civil Procedure 55(a), based upon the failure of the Defendant, Moncon, Inc., to defend this action.

BY THE CLERK:

_____

CLERK'S ENTRY OF DEFAULT

Date: 4/17/2024
_____
*Bradley Ruth*
Docket Clerk
*Brandy S. Lonchena*
Brandy S. Lonchena