IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EQUIPMENT CORPORATION OF AMERICA,

        Plaintiff,

v.

MONCON, INC.,

        Defendant.

Civil Action No. 2:23-cv-01943-NR

## CONSENT JUDGMENT

Defendant, Moncon, Inc., hereby consent to Judgment in favor of Plaintiff, Equipment Corporation of America, and against Defendant, Moncon. LLC., in the amount of $294,487.87, plus Court costs and attorneys' fees in connection with the enforcement of this Consent Judgment, minus any payments received following the date of the entry of this Consent Judgment.

SO CONSENTED:

_____
Danny P. Cerrone Jr.
*Attorney for Plaintiff,*
*Equipment Corporation of America*

Date: November 25, 2024

_____
Name: Stephen McKernan
Title: President
Moncon, Inc

Date: November 21st, 2024

APPROVED BY THE COURT:

Date: December 5, 2024

s/ J. Nicholas Ranjan_____
United States District Judge